United States District Court
Southern District of Texas
**ENTERED**
April 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC § | |
| § | |
| VS § | CIVIL ACTION NO. H-23-166 |
| § | |
| JOHN DOE § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal with Prejudice filed on March 24, 2023 (Doc. No. 7), this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___3rd___ day of April 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE